UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL SULZER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE KRAFT HEINZ COMPANY, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-01154-WSS |

## MOTION OF SCOTT G. BRADEN FOR ADMISSION *PRO HAC VICE*

Scott G. Braden, undersigned counsel for Plaintiff Randall Sulzer ("Plaintiff"), hereby moves to be admitted and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.2, LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions, dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel submits the Affidavit for Admission *Pro Hac Vice* of Scott G. Braden, filed concurrently herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: August 12, 2020

                                     **CARLSON LYNCH LLP**

                       By:   */s/ Scott G. Braden*
                                     Scott G. Braden (CA Bar No. 305051)
                                     sbraden@carlsonlynch.com
                                     1350 Columbia St., Ste. 603
                                     San Diego, California 92101
                                     Tel:    (619) 762-1900
                                     Fax:   (619) 756-6991

                                     *Attorneys for Plaintiff*