UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL SULZER, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01154-WSS |

## MOTION OF TODD D. CARPENTER FOR ADMISSION *PRO HAC VICE*

Todd D. Carpenter, undersigned counsel for Plaintiff Randall Sulzer ("Plaintiff"), hereby moves to be admitted and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.2, LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions, dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel submits the Affidavit for Admission *Pro Hac Vice* of Todd D. Carpenter, filed concurrently herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: August 12, 2020

**CARLSON LYNCH LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter (CA Bar No. 234464)
tcarpenter@carlsonlynch.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Tel:   (619) 762-1900
Fax:   (619) 756-6991

*Attorneys for Plaintiff*