UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL SULZER, individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>THE KRAFT HEINZ COMPANY, and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 2:20-cv-01154-CCW<br><br>The Honorable Christy Chriswell Wiegand |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiff Randall Sulzer pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 25, 2021

**CARLSON LYNCH LLP**

By: */s/ Scott G. Braden*
Scott G. Braden (*admitted pro hac vice*)
sbraden@carlsonlynch.com
Todd D. Carpenter (*admitted pro hac vice*)
tcarpenter@carlsonlynch.com
1350 Columbia St., Ste. 603
San Diego, California 92101
Tel:    (619) 762-1900
Fax:   (619) 756-6991

**CARLSON LYNCH LLP**
Gary F. Lynch (PA I.D. No. 56887)
glynch@carlsonlynch.com
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel.:   (412) 322-9243
Fax:   (412) 231-0246

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically on February 25, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF System.

Dated: February 25, 2021  **CARLSON LYNCH LLP**

By:  */s/ Scott G. Braden*
Scott G. Braden (*admitted pro hac vice*)
sbraden@carlsonlynch.com

*Counsel for Plaintiff*